# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00315-CV

**Nikolas Panagiotopoulos, Appellant**

**v.**

**PI KAPPA PHI Fraternity and Josue Jimenez, Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-19-008674, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

On May 9, 2025, Nikolas Panagiotopoulos filed a petition for permissive appeal from the trial court's September 25, 2023 order granting partial summary judgment. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d); Tex. R. Civ. P. 168; Tex. R. App. P. 28.3. The petition is untimely. *See* Tex. Civ. Prac. & Rem. Code § 51.014(f) (providing that appellate court may accept permitted appeal filed "not later than the 15th day after the date the trial court signs the order to be appealed"). Moreover, the interlocutory order that Panagiotopoulos seeks to appeal fails to satisfy Texas Rule of Civil Procedure 168 in that the permission is not stated in that order as required by that rule. Tex. R. Civ. P. 168. Finally, the order purporting to grant the permission to appeal does not identify a controlling question of law as to which there is a

substantial ground for difference of opinion or state why an immediate appeal may materially advance the ultimate termination of the litigation.  *Id*.  Accordingly, the petition is denied.[1]

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed:  August 13, 2025

---

[1] We need not and therefore do not reach the question of whether an amended order that complied with the cited authorities would merit granting a timely filed petition.